

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>5) RENE CRUZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:18-CR-00216-JLS<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for ___Detention Hearing___ , ___Dec. 21, 2018___ , at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Autumn D. Spaeth___ , in Courtroom ___6B___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___December 18, 2018___

Autumn D. Spaeth, U.S. Magistrate Judge