FILED
CLERK, U.S. DISTRICT COURT

JUL 2 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RENE CRUZ,<br><br>　　　　　　Defendant. | CASE NO. SACR-18-00216-JLS-5<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the **Central District of California** involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

　A. (✓) the appearance of defendant as required; and/or

　B. ( ) the safety of any person or the community.

2. The Court concludes:

　A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

1 | other persons or the community. Defendant poses a risk to the
2 | safety of other persons or the community based on:

3 | _____
4 | _____
5 | _____
6 | _____
7 | _____

8 | B. (✓) Defendant has failed to demonstrate by clear and convincing
9 | evidence that he is not likely to flee if released. Defendant poses
10 | a flight risk based on: failed to contact probation
11 | since late 2023; unverified background
12 | and residence information; no bail
13 | resources
14 | _____
15 | _____

16 | IT IS ORDERED that defendant be detained.

20 | DATED: July 23, 2025

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

CR-94 (06/07)

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))